# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN DIEGO

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

WARRANT NO. 08 mJ 0377
CASE NO. 2024-02368-IW-0002

**RECEIPT AND INVENTORY**

08 FEB 21 PM 1:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ CP DEPUTY
(name)

Receipt is hereby acknowledged, and the undersigned makes this inventory of the following property and things seized by him/her this day in the search of the premises described in said warrant and taken pursuant thereto, to wit:

1- Misc. Insurance, tax, mortgage, rent documents found in garage (m) SHERBA/GARGEL
2- misc docs from car trunk (2005 Nissan Altima) (m) STAPLES
3- proof of insurance for Altima (m) SHERBA
4- NICU + Geico documents found in suitcase in living room (D) STONE
5- misc pictures (dated 8/07) + documents found in dining room (C) STAPLES
6- Misc documents found in room (A) NELSON
7- misc docs including tax information found in room (A) BEASLEY
8- Metlife statement found RM (A) - Beasley
9- DOD, NICU, IRS docs found RM (A) - Beasley
10- photographs, Navy documents - found room (A) - Beasley
11- franchise tax, Geico, Misc. docs - found room (A) - Beasley
12- marriage license application - found room (A) - Beasley
13- misc. mail - found room (E) in Black Wells Fargo backpack - Beasley
14- misc. mail, undated letter, divorce decree - found in rm. (E) in Black "OGIO" backpack - Beasley
15- insurance docs, court docs, sheet w/names and SSN's - found in RM (E) - Beasley
16- joint tax forms - found in rm (G) - Babcock

DATE: 2/13/08    TIME: 1007
SIGNED: _____
DEPT./AGENCY: VA OIG
ID NO.: SA0198

I, Rebeccalynn L. Staples, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property taken by me on the warrant.

Subscribed and sworn to before me
this 21 day of February

_____
Officer Executing Search Warrant

_____
Magistrate/Judge

SDSC CR-172[New 9-02]    RECEIPT AND INVENTORY - SEARCH WARRANT

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA

**RECEIPT AND INVENTORY**

WARRANT NO. 08 MJ0377
CASE NO. 2004-02308-IN-0002

_____
(name)

Receipt is hereby acknowledged, and the undersigned makes this inventory, of the following property and things seized by him/her this day in the search of the premises described in said warrant and taken pursuant thereto, to wit:

17 - IRS, Geico, docs - found in RM (F) - Babcock
18 - Navy retirement DFAS, rental agreement, poem, 1992 tax return - found rm. (J) - Babcock
19 - misc. docs, D.L. Japan, cards, DOT etc. - found rm (L) - Beasley

DATE: 2/13/08   TIME: 1007
SIGNED: [signature]
DEPT./AGENCY: VAOIG
ID NO.: SA 0140

I, Rebeccalynn L. Staples, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property taken by me on the warrant.

Subscribed and sworn to before me this 21 day of February

[signature]
Officer Executing Search Warrant

[signature]
Magistrate/Judge

SDSC CR-172[New 9-02]   RECEIPT AND INVENTORY - SEARCH WARRANT

(2)